# Third District Court of Appeal

## State of Florida

Opinion filed February 8, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0210
Lower Tribunal No. 19-2782 CC

————————

**Alexis De Jesus Moran,**
Appellant,

vs.

**In-Depth Restoration, Inc., et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

J.H. Zidell, P.A., and J.H. Zidell, for appellant.

The Kleppin Firm, P.A., and Chris Kleppin (Plantation), for appellees.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.